December 5, 1979.

424 A.2d 538

Commonwealth v. Allen, Appellant.

Argued April 9, 1979. Arnold W. Hirsch, for appellant; Paul M. Petro, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Judgment of sentence is affirmed.

SPAETH, J., filed a memorandum concurring opinion.